# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| NORTH COVENTRY TOWNSHIP, | : | No. 394 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| JOSEPHINE M. TRIPODI AND GERRI | : | |
| CARR TRIPODI, | : | |
| | : | |
| Petitioners | : | |
| | | |
| NORTH COVENTRY TOWNSHIP, | : | No. 395 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| JOSEPHINE M. TRIPODI AND GERRI | : | |
| CARR TRIPODI, | : | |
| | : | |
| Petitioners | : | |
| | | |
| NORTH COVENTRY TOWNSHIP, | : | No. 396 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| JOSEPHINE M. TRIPODI AND GERRI | : | |
| CARR TRIPODI, | : | |
| | : | |
| Petitioners | : | |
| | | |
| NORTH COVENTRY TOWNSHIP, | : | No. 397 MAL 2023 |
| | : | |
| Respondent | : | |

|  |  | : | Petition for Allowance of Appeal |
|---|---|---|---|
|  |  | : | from the Order of the |
|  | v. | : | Commonwealth Court |
|  |  | : |  |
|  |  | : |  |
| JOSEPHINE M. TRIPODI AND GERRI CARR TRIPODI, |  | : |  |
|  |  | : |  |
|  |  | : |  |
|  | Petitioners | : |  |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.